UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EDITH R. JOYNER, ) <br> By GEICO, Subrogee, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:18-CV-421-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss for lack of subject matter jurisdiction [D.E. 5] and DISMISSES the complaint without prejudice.

**This Judgment Filed and Entered on October 30, 2018, and Copies To:**

Malik Dixon                                                                 (via CM/ECF electronic notification)

Rudy E. Renfer                                                           (via CM/ECF electronic notification)

DATE:                                                                           PETER A. MOORE, JR., CLERK

October 30, 2018                                                              (By) /s/ Nicole Sellers

                                                                                        Deputy Clerk